**DISMISS and Opinion Filed September 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00810-CV

### SHERONDA WEBSTER, Appellant
### V.
### ELDORADO HEIGHTS SECTION II HOMEOWNERS ASSOCIATION, INC., Appellee

**On Appeal from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause No. 401-01874-2018**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The Court questioned its jurisdiction over this appeal as the clerk's record contained an order granting appellant's motion for new trial. We instructed appellant to file, by August 27, 2018, a letter brief addressing the jurisdictional issue and cautioned her that failure to comply may result in dismissal of the appeal without further notice. Appellant has not complied.

An order granting a new trial deprives an appellate court of jurisdiction over an appeal. *See Yan v. Jiang*, 241 S.W.3d 930, 930 (Tex. App.—Dallas 2008, no pet.). The trial court signed the judgment on May 15, 2018. Appellant filed a timely motion for new trial on May 24, 2018. The trial court signed an order granting the motion for new trial on August 10, 2018.

Because the trial court has granted a new trial, this Court lacks jurisdiction over this appeal.

Accordingly, we dismiss the appeal.  *See* Tex. R. App. P. 42.3(a).



/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


180810F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SHERONDA WEBSTER, Appellant

No. 05-18-00810-CV      V.

ELDORADO HEIGHTS SECTION II
HOMEOWNERS ASSOCIATION, INC.,
Appellee

On Appeal from the 401st Judicial District
Court, Collin County, Texas
Trial Court Cause No. 401-01874-2018.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ELDORADO HEIGHTS SECTION II HOMEOWNERS ASSOCIATION, INC. recover its costs of this appeal from appellant SHERONDA WEBSTER.

Judgment entered September 19, 2018.